**No. 45001.**—Protest 882929–G of S. Lisk & Bro. (New York).

475

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the metal daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.